IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 94-41085
Summary Calendar
_____


MACIEJ RYBICKI,
BOGNA RYBICKI,
KATARZYNA RYBICKI,
AGATA RYBICKI,

                                        Petitioners,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

                                        Respondent.


- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
A28-990-182/183/184/185
- - - - - - - - - -
December 20, 1995
Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Rybickis petitioned this court to review the decision of the Board of Immigration Appeals (BIA) dismissing an appeal of the Immigration Judge's decision denying their applications for asylum and withholding of deportation. They argue that there was not substantial evidence to support the BIA's conclusion that

_____

[*]    Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

reasonable persons in their circumstances would not fear persecution in Poland and that there was little likelihood of present or future persecution that would warrant asylum or withholding of deportation.  We have reviewed the record and the BIA's decision and find that the evidence does not compel reversal of the BIA's determination.  Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).

PETITION DENIED.